IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF TEXAS FORT WORTH DIVISION

| | | |
|---|---|---|
| NAKISHA JACKSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00811-O |
| | § | |
| MAGISTRATE HAL R. RAY, JR., et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On September 23, 2021, United States Magistrate Judge Jeffrey L. Cureton issued

Findings, Conclusions, and Recommendation on Plaintiff's Motions for Default Judgment and

Clarification. *See* ECF No. 18. The parties were permitted to serve and file written objections to

the United Magistrate Judge's FCR by October 7. On September 23, Plaintiff filed a Motion to

Strike the FCR (ECF No. 19), which this Court construes in part as an objection to the FCR.

The Motion to Strike argues that Judge Cureton should have recused himself under 28

U.S.C. § 455. *See* Mot. to Strike 2, ECF No. 19. The Court views this argument as frivolous.[1] After

reviewing all relevant matters of record in this case, including the United States Magistrate Judge's

FCR and objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court believes that the

Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the

Findings and Conclusions of the Court.

Accordingly, the Court **DENIES** Plaintiff's Motions for Default Judgment (ECF No. 15)

---

[1] Even though Jackson has sued a judge in this district, recusal from this Court is also unwarranted. *See In re Hipp, Inc.*, 5 F.3d 109, 116 (5th Cir. 1993); *Doddy v. Oxy USA, Inc.*, 101 F.3d 448, 458 n.7 (5th Cir. 1996). To the extent Jackson requests recusal from this Court, that request is also denied.

and for Clarification/Miscellaneous Relief (ECF No. 16).

**SO ORDERED** on this **18th day** of **October 2021**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE